## Fisher Liquor License Case.

Argued March 1, 1965.

*Neville B. Shea,* for appellant; *J. Leonard Langan,* Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee.

Order affirmed.

FLOOD, J., absent.

## O'Hara, Appellant, v. Great Atlantic & Pacific Tea Co.

Argued March 1, 1965. *Thomas J. Jones,* for appellant; *Cody H. Brooks,* with him *Warren, Hill, Henkelman & McMenamin,* for appellee.

Order affirmed.

FLOOD, J., absent.